PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>ALEXIS MENDIOLA,<br><br>                    Defendant. | CASE NO. 1:20-CR-00240-NONE-SKO<br><br>STIPULATION REGARDING ARRAIGNMENT; ORDER<br><br><br>DATE: January 5, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　The grand jury returned a superseding indictment in this matter on November 18, 2021. The original superseding indictment was sealed and a redacted superseding indictment was filed. The redacted superseding indictment redacted the name of a new defendant, who has not yet been arrested.

　　　　2.　　By this stipulation, the above-named defendant agrees to set this matter for arraignment and plea on January 5, 2022.

　　　　3.　　The other co-defendants have agreed to earlier arraignment dates.

　　　　4.　　A status conference is currently set on January 19, 2022 and time has been excluded through that date.

　　　　IT IS SO STIPULATED.

STIPULATION                                                     1

| | |
|---|---|
| Dated:  November 23, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated:  November 23, 2021 | /s/ ANTHONY P. CAPOZZI<br>ANTHONY P. CAPOZZI<br>Counsel for Defendant<br>ALEXIS MENDIOLA |

**ORDER**

IT IS SO ORDERED.

Dated:   **November 24, 2021**

_____
UNITED STATES MAGISTRATE JUDGE