ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALEXIS MENDIOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:20-CR-00240-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE SENTENCING DATE AND ORDER** |
| ALEXIS MENDIOLA, | ) | |
| Defendant. | ) | |

The Defendant, Alexis Mendiola, by and through her Attorney, Anthony P. Capozzi and the United States, by and through Assistant United States Attorney, Karen Escobar stipulate to continue the sentencing date from July 10, 2023, to October 30, 2023.

Said request is made as a result of additional time needed for the defense to meet with the probation officer.

Dated:  June 22, 2023,         By    */s/ Anthony P. Capozzi*_____
                                     ANTHONY P. CAPOZZI, Attorney for
                                     ALEXIS MENDIOLA

Dated:  June 22, 2023,         By    */s/ Karen Escobar*_____
                                     KAREN ESCOBAR,
                                     ASSISTANT UNITED STATES ATTORNEY

**ORDER**

It is hereby ordered that the sentencing date of July 10, 2023, be continued to October 30, 2023.

IT IS SO ORDERED.

Dated: **June 27, 2023**

_____
UNITED STATES DISTRICT JUDGE