PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00240-JLT-SKO |
| Plaintiff, | STIPULATION; ORDER |
| v. | DATE: August 8, 2023 |
| ALEXIS MENDIOLA, IGNACIO ALCANTAR-TORRES, AND ANA MARGARITA VALDEZ-TORRES, | TIME: 8:30 a.m. COURT: Hon. Jennifer L. Thurston |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 8, 2023.

2. The above-named defendants have entered guilty pleas and are scheduled for sentencing.

3. By this stipulation, defendants now move to vacate the trial date.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 17, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: July 17, 2023 | /s/ ANTHONY P. CAPOZZI<br>ANTHONY P. CAPOZZI<br>Counsel for Defendant<br>ALEXIS MENDIOLA |
| Dated: July 17, 2023 | /s/ GALATEA DELAPP<br>GALATEA DELAPP<br>Counsel for Defendant<br>IGNACIO ALCANTAR - TORRES |
| Dated: July 17, 2023 | /s/ TIMOTHY P. HENNESSY<br>TIMOTHY P. HENNESSY<br>Counsel for Defendant<br>ANA MARGARITA VALDEZ-TORRES |

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **July 18, 2023**

UNITED STATES DISTRICT JUDGE

STIPULATION; [PROPOSED] ORDER