ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:      (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALEXIS MENDIOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:20-CR-00240-JLT-SKO |
| --- | --- | --- |
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING DATE AND ORDER** |
| v. | ) | |
| ALEXIS MENDIOLA, | ) | |
| Defendant. | ) | |

The Defendant, Alexis Mendiola, by and through her Attorney, Anthony P. Capozzi and the United States, by and through Assistant United States Attorney, Karen Escobar stipulate to continue the sentencing date from October 30, 2023, to January 22, 2024.

The request for the continuance is that the defense attorney will be in a jury trial on October 30, 2023, in People v. Simpkins, Case No. F19908312 in the Fresno Superior Court.

Dated:  October 16, 2023,          By     */s/ Anthony P. Capozzi*_____
                                          ANTHONY P. CAPOZZI, Attorney for
                                          ALEXIS MENDIOLA

Dated:  October 16, 2023,          By     */s/ Karen Escobar*
                                          KAREN ESCOBAR,
                                          ASSISTANT UNITED STATES ATTORNEY

# ORDER

It is hereby ordered that the sentencing date of October 30, 2023, be continued to January 22, 2023.

IT IS SO ORDERED.

   Dated:   **October 19, 2023**                    _____
                                                    UNITED STATES DISTRICT JUDGE