1  ANTHONY P. CAPOZZI, CSBN: 068525
   THE LAW OFFICE OF ANTHONY P. CAPOZZI
2  1233 West Shaw Avenue, Suite 102
   Fresno, California 93711
3  Telephone:   (559) 221-0200
   Facsimile:   (559) 221-7997
4  E-Mail:      Anthony@ capozzilawoffices.com
   www.capozzilawoffices.com

Attorney for Defendant,
ALEXIS MENDIOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXIS MENDIOLA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.: 1:20-CR-00240-JLT-SKO <br><br> **STIPULATION TO** <br> **EXTEND SURRENDER DATE FROM** <br> **APRIL 1, 2024, TO APRIL 15, 2024.** |

   The defendant, Alexis Mendiola, by and through Attorney, Anthony P. Capozzi, and United States, by and through Assistant United States Attorney, Karen Escober stipulate that the surrender date of the defendant, Alexis Mendiola be extended from April 1, 2024, to April 15, 2024.

   Said stipulation is based on the declaration of Anthony P. Capozzi.

   I, Anthony P. Capozzi, declare:

   1.   This attorney has represented Ms. Mendiola throughout the above-entitled case.

   2.   On January 22, 2024, Ms. Mendiola was sentenced to 12 months and 1 day and ordered to surrender to the Bureau of Prisons on April 1, 2024. (**EXHBIT A**)

   3.   On February 2, 2024, Ms. Mendiola emailed this office requesting an extension of the surrender date from April 1, 2024, to April 15, 2024, in order to assist her fiancé and family

to move into their home since the tenant in the home had been given a 60-day notice to vacate. (**EXHIBIT B**)

    4.    Ms. Mendiola has been on pretrial release without incident since the inception of this case.

    5.    Assistant United States Attorney, Karen Escober does not oppose the extension.

Dated: February 16, 2024,  By  */s/ Anthony P. Capozzi*_____
ANTHONY P. CAPOZZI, Attorney for
ALEXIS MENDIOLA

Dated: February 16, 2024,  By  */s/ Karen Escobar*_____
KAREN ESCOBAR,
ASSISTANT UNITED STATES ATTORNEY

## **ORDER**

It is hereby ordered that surrender date for defendant, Alexix Mendiola to the Bureau of Prisons on April 1, 2024, be extended to April 15, 2024.

IT IS SO ORDERED.

    Dated:  **February 20, 2024**  _____
UNITED STATES DISTRICT JUDGE