PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00240-JLT-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ALEXIS MENDIOLA, ANA MARGARITA VALDEZ-TORRES, and XOCHIL AGUILERA, | |
| Defendants. | |

On March 28, 2023, and on or about May 22, 2023, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Alexis Mendiola, Ana Margarita Valdez-Torres, and Xochil Aguilera in the following property:

  a. Approximately $27,021.00 in U.S. Currency.

Beginning on April 4, 2023, and again on March 21, 2024, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have a potential interest in the property:

    a. Marie Carina Cota:  A notice letter was sent via certified mail to Marie Carina Cota aka Corrina Cota at 8656 Rathburn Ave., Northridge, CA 91325 on April 3, 2023.  On April 11, 2023, the envelope was returned to the U.S. Attorney's marked as "not deliverable as addressed, unable to forward."

    b. Marie Carina Cota:  A notice letter was sent via certified mail to Marie Carina Cota aka Corrina Cota at 7736 Lemp Ave, North Hollywood, CA 91605 on April 24, 2023.  Neither the certified mail green card nor the certified mail envelope was returned to the U.S. Attorney's Office.  The USPS Tracking Results show that the envelope remains "moving through network, in transit to next facility."

    c. Marie Carina Cota:  A notice letter was sent via certified mail to Marie Carina Cota aka Corrina Cota at 7736 Lemp Ave, North Hollywood, CA 91605 on February 21, 2024.  The certified mail green card was not returned to the U.S. Attorney's Office.  The USPS Tracking Results show delivery was made on February 24, 2024.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Alexis Mendiola, Ana Margarita Valdez-Torres, Xochil Aguilera, and Marie Carina Cota:

    a. Approximately $27,021.00 in U.S. Currency, plus all accrued interest.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **May 22, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE