UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:20-cr-00240 JLT |
| Plaintiff, | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| ALEXIS MENDIOLA, | (Doc. 325) |
| Defendant. | |

Ms. Mendiola seeks early termination of her supervised release. The U.S. Probation Office and the U.S. Attorney's Office agree with Ms. Mendiola's request.

According to the Probation Officer, Ms. Mendiola has complied with the terms of supervised release and has taken full advantage of the services and support provided by supervised release. Ms. Mendiola has a stable home and a support system with her romantic partner. All of her drug tests have been negative—in addition to the negative tests she provided for the three years before her sentencing. She participates in mental health and substance abuse counseling, works full time. She attended training to obtain a union construction job and recently obtained such a job.

According to her presentence report, Ms. Mendiola's criminal conduct, which gave rise to her conviction, was quite serious. However, she took immediate steps to address the reasons she became involved in that conduct, and, by the time of her sentencing, she had taken great strides to

transform herself. She had been on pretrial release for about three years and did all that was asked of her. For these reasons, and after considering all of the § 3583(e)(1) factors, the motion for early termination of supervised release is **GRANTED**.

IT IS SO ORDERED.

Dated:    **June 30, 2026**

UNITED STATES DISTRICT JUDGE